**2015-1506, -1543**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

KILOPASS TECHNOLOGY, INC.,

*Plaintiff-Appellant,*

v.

SIDENSE CORPORATION,

*Defendant-Cross-Appellant.*

*Appeals from the United States District Court for the Northern District of California in No. 3:10-cv-02066-SI, Judge Susan Y. Illston.*

**JOINT MOTION TO POSTPONE ORAL ARGUMENT**

DARALYN J. DURIE
ddurie@durietangri.com
MARK A. LEMLEY
mlemley@durietangri.com
TIMOTHY C. SAULSBURY
tsaulsbury@durietangri.com
ZAC A. COX
zcox@durietangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666

*Counsel for Plaintiff-Appellant*

Dated: March 30, 2016

ROGER L. COOK
rcook@kilpatricktownsend.com
KEVIN J. O'BRIEN
kobrien@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
Eighth Floor, Two Embarcadero Center
San Francisco, California  94111
Telephone:  (415) 576-0200

JOSHUA H. LEE
jlee@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, N.E. Suite 2800
Atlanta, Georgia  30309-4528
Telephone:  (404) 815-6500

*Counsel for Defendant-Cross-Appellant*

Plaintiff-Appellant Kilopass Technology, Inc. and Defendant-Cross-Appellant Sidense Corp. (collectively, "the Parties") jointly file this motion to postpone the April 6, 2016 oral argument on the Parties' respective appeals from the district court's order granting Sidense's motion for attorneys' fees under 35 U.S.C. § 285, and related order calculating such attorneys' fees, in light of the settlement of all matters in controversy between the Parties.

In particular, on Monday, March 28, 2016, the Parties participated in mediation proceedings before the Honorable Layn Phillips (ret), regarding, *inter alia*, the Parties' respective appeals pending before this Court. As a result of those mediation proceedings, the Parties have finalized and executed a binding term sheet that memorializes the settlement of all matters in controversy between the Parties. Pursuant to those terms, a more formal and comprehensive settlement agreement will be executed on or before April 18, 2016, with any disputes regarding the finalization of those documents being resolved by Judge Phillips. The settlement provides that certain terms will be performed, and then the respective appeals of the Parties will be dismissed. The Parties wish to conclude their settlement without burdening the Court with the scheduled oral argument and without the Parties incurring additional expenses.

Federal Rule of Appellate Procedure 34(b) states "[a] motion to postpone the argument ... must be filed reasonably in advance of the hearing date." Fed. R.

App. P. 34(b).  Similarly the Practice Notes to Federal Circuit Rule 34 state that "[o]nce scheduled, a case will not be postponed except on motion showing compelling reasons."

In light of the recent mediation proceedings and settlement, the Parties file this Joint Motion to Postpone Oral Argument as reasonably in advance of the April 6, 2016 hearing date as possible. The Parties submit that the settlement of all matters in controversy between the Parties is a compelling reason to postpone the April 6, 2016 oral argument.  Moreover, given the settlement of all matters in controversy between the Parties, the Parties request that the cases be removed from the oral argument calendar, pending filing of dismissal papers.

In sum, the Parties respectfully request that this Joint Motion be granted, and that the cases be removed from the oral argument calendar.

DATED:	March 30, 2016		Respectfully submitted,

DURIE TANGRI LLP                           KILPATRICK TOWNSEND
                                           & STOCKTON LLP

By: /s/ Daralyn J. Durie                   By:  /s/ Roger L. Cook
    DARALYN J. DURIE                            ROGER L. COOK

*Counsel for Plaintiff-Appellant*          *Counsel for Defendant-Cross-Appellant*
*Kilopass Technology, Inc.*                *Sidense Corporation*

68334750V.1

# United States Court of Appeals
# for the Federal Circuit

**KILOPASS TECHNOLOGY, INC. v SIDENSE CORP., 2013-1009**

**CERTIFICATE OF SERVICE**

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by KILPATRICK TOWNSEND & STOCKTON LLP, Attorneys for Cross-Appellant to print this document. I am an employee of Counsel Press.

On **March 30, 2016**, counsel has authorized me to electronically file the foregoing **Joint Motion to Postpone Oral Argument** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

>   DARALYN J. DURIE
>   MARK A. LEMLEY
>   TIMOTHY C. SAULSBURY
>   DURIE TANGRI LLP
>   217 Leidesdorff Street
>   San Francisco, CA 94111
>   (415) 362-6666
>   ddurie@durietangri.com
>   mlemley@durietangri.com
>   tsaulsbury@durietangri.com
>   *Counsel for Appellant*

March 30, 2016                                   /s/ Robyn Cocho
                                                 Counsel Press