NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KILOPASS TECHNOLOGY, INC.,**
*Plaintiff-Appellant*

v.

**SIDENSE CORPORATION,**
*Defendant-Cross-Appellant*

2015-1506, -1543

Appeals from the United States District Court for the Northern District of California in No. 3:10-cv-02066-SI, Judge Susan Y. Illston.

**ON MOTION**

PER CURIAM.

**O R D E R**

The parties jointly move to reschedule oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is removed from the April 6, 2016 oral argument calendar.

2  KILOPASS TECHNOLOGY, INC. v. SIDENSE CORPORATION

(2) The parties shall inform the court concerning their settlement negotiations on or before April 25, 2016.

FOR THE COURT

March 31, 2016  
Date

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court